**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00643-CV

**DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., MINOR, Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90628.86**

## ORDER

We **GRANT** appellant's September 12, 2014 motion to abate appeal for settlement purposes, suspend the briefing deadlines, and **ABATE** the appeal. The appeal will be reinstated October 23, 2014 or upon motion by the parties, whichever occurs sooner.


/s/     ELIZABETH LANG-MIERS
        JUSTICE